**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFF BANCORP, INC., | CASE NO.: CV 10-4050-GW(AJWx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| *Defendant.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Complaint for Determination of Proof of Claim against the FDIC-Receiver and FDIC-Corporate is hereby dismissed with prejudice.

DATED: January 5, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE